IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Altisource Residential, LP,

           Plaintiff,      Case No. 1:18-cv-03450

v.                                 Michael L. Brown
                                 United States District Judge

Tyheema Mason,

           Defendant.

_____/

## **ORDER ADOPTING REPORT AND RECCOMENDATION**

    Before the Court is the Magistrate Judge's Report and Recommendation ("R&R"). (Dkt. 3). The R&R recommends that the Court remand this action to the Magistrate Court of Fulton County, Georgia, for lack of subject-matter jurisdiction. Neither party filed objections to the R&R.

    Where, as here, no party files objections to the R&R, the Court conducts a review of the record for plain error. *See United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983) (per curium). And after a careful and complete review of the findings and recommendations, the Court

finds no error in the Magistrate Judge's conclusion that the action should be remanded to the Magistrate Court of Fulton County, Georgia.

Defendant attempts to remove this dispossessory action from the Magistrate Court of Fulton County to federal court. Defendant asserts federal question jurisdiction arising from her defenses that the dispossessory action violates federal law. *See* Dkt. 1-1. The R&R correctly notes, however, that the Court has no subject-matter jurisdiction over this matter because Defendant has failed to show that the original complaint contains a federal claim or otherwise presents a federal question. *See* Dkt. 3 at 3-7.

Nor has Defendant shown that the action is between citizens of different states or that the amount in controversy exceeds $75,000. 28 U.S.C. § 1332. Because the Court lacks subject matter jurisdiction, it must remand the action to the Magistrate Court of Fulton County. *See* 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.").

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R. (Dkt. 3). The action shall be **REMANDED** to the Magistrate Court of Fulton County, Georgia.

**IT IS SO ORDERED.**

Dated: August 9, 2018
Atlanta, Georgia

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE